**Ralph C. CRAIG, Jr. Plaintiff— Appellant,**

v.

**MONTGOMERY COUNTY, TENNESSEE; Norman Lewis, individually Defendants—Appellees.**

No. 02–5094.

United States Court of Appeals, Sixth Circuit.

Aug. 7, 2003.

Before RYAN and BOGGS, Circuit Judges; and ROSEN,* District Judge.

ORDER

This cause having come on to be heard upon the record, the briefs and the oral argument of the parties, and upon due consideration thereof,

It is ORDERED that the judgment of the district court be, and it hereby is, affirmed upon the opinion of the district court.

---

* The Honorable Gerald E. Rosen, U.S. District Judge for the Eastern District of Michigan, sitting by designation.